# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| In re:<br><br>BUFFETS, LLC, *et al.,*<br><br>　　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 16-50557-rbk<br><br>(Jointly Administered) |
| Buffets Unsecured Creditors' Trust,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Ricoh USA, Inc.; and General Electric Company dba GE Capital,<br><br>　　　　　　　　　　　Defendant. | Adv. No. 18-05118-rbk |

## STIPULATION EXTENDING TIME FOR
## DEFENDANT TO RESPOND TO THE COMPLAINT

Buffets Unsecured Creditors' Trust, (the "Plaintiff") and Ricoh USA, Inc. (the "Defendant" together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulation Extending Time for Defendant to Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1.　　　The Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise plead to the Complaint [D.I. 1] is hereby further extended to and including May 4, 2018.

---

[1] The Debtors in n these cases, along with the last four digits of each Debtor's federal tax identification number, are: Buffets, LLC (2294); Hometown Buffet, Inc. (3002); OCB Restaurant Company, LLC (7607); OCB Purchasing, Co. (7610); Ryan's Restaurant Group, LLC (7895); Fire Mountain Restaurants, LLC (8003); and Tahoe Joe's, Inc. (7129).

Dated: March 27, 2018

ASK LLP

/s/ Kara E. Casteel
Brigette G. McGrath, Esq., NY SBN 4962379
Kara E. Casteel, Esq., MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: 651-289-3845
Fax: (651) 406-9676
Email: bmcgrath@askllp.com

-and-

Edward E. Neiger
Marianna Udem NY SBN 4543245
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427
Email: mudem@askllp.com

*Counsel for the Buffets Unsecured Creditors' Trust*

/s/ J. Cory Falgowski
J. Cory Falgowski, Esq. DE SBN 4546
Anna W. Akers, Esq. AL SBN 552S19S
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
Telephone: (302) 830-2300
Fax: (302) 830-2301
Email: jfalgowski@burr.com

*Counsel to Ricoh USA, Inc.*